G. A. Rafel, d/b/a G. A. Rafel and Company, Plaintiff-Appellant, v. City of Elmhurst, a Municipal Corporation, and George Langler, Defendants-Appellees.

Gen. No. 10,908. (Abstract of Decision.)

Second District.

May 3, 1956.

Released for publication May 23, 1956.

Erlenborn and Bauer, for appellant; George E. Billett, for appellees; Ervin F. Wilson, of counsel. Opinion by PRESIDING JUSTICE DOVE. Not to be published in full.